UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x

EURIZON CAPITAL S.A.,

                Plaintiff,

     - v. -

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

              Defendants.

——————————————————————x

**08 CV 0418**

No. 08 Civ. _____

**DISCLOSURE
STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1(a)**



      Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Eurizon Capital S.A., a

nongovernmental corporate party, states that Eurizon Capital S.A. is owned by Eurizon Financial Group

S.p.A. which, in turn, is wholly owned by Intesa Sanpaolo S.p.A., a publicly held company.


Dated: January 9, 2008

                LABATON SUCHAROW LLP

         By: _____
                Lawrence A. Sucharow (LS-1726)
                Eric J. Belfi (EB-8895)
                Mark S. Arisohn (MA-2364)
                Anthony J. Harwood (AH-1006)
                140 Broadway
                New York, New York  10005
                Telephone: 212-907-0700
                Facsimile:  212-883-7056

                *Attorneys for Plaintiff Eurizon Capital S.A.*

688051 v1
[12/21/2007 11:23]