UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>ALL ACTIONS CONSOLIDATED WITH IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | 02 Civ. 5571 (RJH/HBP)<br>ECF CASE |

**NOTICE OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF THE FRENCH CRIMINAL INQUIRY INTO CERTAIN EVENTS RELATING TO CURRENT OR FORMER VIVENDI EMPLOYEES**

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated June 2, 2009, and exhibits thereto, and all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo hereby move this Court, before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, to exclude evidence of the French Criminal Inquiry into certain events relating to current or former Vivendi employees, pursuant to Rules 401, 402, 403 and 609 of the Federal Rules of Evidence.

June 2, 2009

| WEIL GOTSHAL & MANGES LLP | CRAVATH, SWAINE & MOORE LLP, |
|---|---|
| | by<br>  /s/ Paul C. Saunders |
| James W. Quinn | Paul C. Saunders |
| Jonathan D. Polkes | Daniel Slifkin |
| Penny P. Reid | Timothy G. Cameron |
| | Members of the Firm |
| 767 Fifth Avenue | Worldwide Plaza |
| New York, NY 10153 | 825 Eighth Avenue |
| (212) 310-8000 | New York, NY 10019 |
| james.quinn@weil.com | (212) 474-1000 |
| | psaunders@cravath.com |
| *Attorneys for Defendant Vivendi, S.A.* | *Attorneys for Defendant Vivendi, S.A.* |

**CONTAINS CONFIDENTIAL MATERIAL**
**FILED UNDER SEAL**

| | |
|---|---|
| SCHULTE ROTH & ZABEL LLP | KING & SPALDING LLP |
| Martin L. Perschetz | Michael J. Malone |
| Michael E. Swartz | Paul A. Straus |
| Einat Philip | Lisa L. Albert |
| 919 Third Avenue | 1185 Avenue of the Americas |
| New York, NY 10022 | New York, NY 10036 |
| (212) 756-2000 | (212) 556-2100 |
| martin.perschetz@srz.com | mmalone@kslaw.com |
| *Attorneys for Defendant Guillaume Hannezo* | *Attorneys for Defendant Jean-Marie Messier* |

TO:

Stuart M. Grant, Esq.
James J. Sabella, Esq.
Diane Zilka, Esq.
Christine M. Mackintosh, Esq.
   Grant & Eisenhofer P.A.
      485 Lexington Avenue, 29th Floor
         New York, NY 10017

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 9593, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Alexander Reus, Esq.
   Diaz Reus Rolff & Targ LLP
      100 SE Second Street, Suite 2610
         Miami, Florida 33131

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7775, 07 Civ. 7776, 07 Civ. 7778, 07 Civ. 7779, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 9593, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 1938, 08 Civ. 1985*

**CONTAINS CONFIDENTIAL MATERIAL**
**FILED UNDER SEAL**

Eric J. Belfi, Esq.
Mark. S. Arisohn, Esq.
Jesse Strauss, Esq.
    Labaton Sucharow LLP
        140 Broadway
            New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

William H. Narwold, Esq.
Michael E. Elsner, Esq.
    Motley Rice LLC
        One Corporate Center
            20 Church Street, 17th Floor
                Hartford, CT 06103

Of Counsel:
Joseph F. Rice, Esq.
Ann K. Ritter, Esq.
    Motley Rice LLC
        28 Bridgeside Blvd.
            Mount Pleasant, SC 29465

Nathan D. Finch, Esq.
Leslie M. Kelleher, Esq.
    Caplin & Drysdale, Chartered
        One Thomas Circle, N.W.
            Washington, D.C. 20005

*Attorneys for Individual Plaintiffs in Nos. 02 Civ. 5571, 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
John J. Gross, Esq.
    Barroway Topaz Kessler Meltzer & Check, LLP
        280 King of Prussia Road
            Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ. 9229, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*

**CONTAINS CONFIDENTIAL MATERIAL**
**FILED UNDER SEAL**

Arthur N. Abbey, Esq.
Stephen T. Rodd, Esq.
Richard B. Margolies, Esq.
   Abbey Spanier Rodd & Abrams, LLP
      212 East 39th Street
         New York, NY 10016

*Co-lead Counsel for Class Action Plaintiffs in No. 02 Civ. 5571*


Brian C. Kerr, Esq.
   Brown Woods George LLP
      49 West 37th Street
         New York, NY 10018

*Attorney for Class Action Plaintiff and Class Representative Miami Beach in No. 02 Civ. 5571*

Vincent R. Cappucci, Esq.
   Entwistle & Cappucci LLP
      280 Park Avenue
         26th Floor West
            New York, NY 10017

*Attorneys for Plaintiff GAMCO Investors, Inc. in No. 03 Civ. 5911*