UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

ALL ACTIONS CONSOLIDATED
WITH IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

02 Civ. 5571 (RJH/HBP)
ECF CASE

---

### NOTICE OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ALLEGATIONS UNRELATED TO VIVENDI'S LIQUIDITY

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated June 2, 2009, and exhibits thereto, and all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo hereby move this Court, before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, to exclude evidence regarding allegations unrelated to Vivendi's liquidity, pursuant to Rules 401, 402 and 403 of the Federal Rules of Evidence.

June 2, 2009

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP | CRAVATH, SWAINE & MOORE LLP, |
| | by |
| | _/s/ Paul C. Saunders_____ |
| James W. Quinn | Paul C. Saunders |
| Jonathan D. Polkes | Daniel Slifkin |
| Penny P. Reid | Timothy G. Cameron |
| | Members of the Firm |
| | |
| 767 Fifth Avenue | Worldwide Plaza |
| New York, NY 10153 | 825 Eighth Avenue |
| (212) 310-8000 | New York, NY 10019 |
| james.quinn@weil.com | (212) 474-1000 |
| | psaunders@cravath.com |
| | |
| *Attorneys for Defendant Vivendi, S.A.* | *Attorneys for Defendant Vivendi, S.A.* |

SCHULTE ROTH & ZABEL LLP                KING & SPALDING LLP

    Martin L. Perschetz                         Michael J. Malone
    Michael E. Swartz                          Paul A. Straus
    Einat Philip                                     Lisa L. Albert

    919 Third Avenue                          1185 Avenue of the Americas
      New York, NY 10022                     New York, NY 10036
        (212) 756-2000                          (212) 556-2100
        martin.perschetz@srz.com            mmalone@kslaw.com

    *Attorneys for Defendant*                  *Attorneys for Defendant*
    *Guillaume Hannezo*                       *Jean-Marie Messier*

TO:

Stuart M. Grant, Esq.
James J. Sabella, Esq.
Diane Zilka, Esq.
Christine M. Mackintosh, Esq.
    Grant & Eisenhofer P.A.
        485 Lexington Avenue, 29th Floor
        New York, NY 10017

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 9593, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Alexander Reus, Esq.
    Diaz Reus Rolff & Targ LLP
        100 SE Second Street, Suite 2610
        Miami, Florida 33131

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7775, 07 Civ. 7776, 07 Civ. 7778, 07 Civ. 7779, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 9593, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 1938, 08 Civ. 1985*

Eric J. Belfi, Esq.
Mark. S. Arisohn, Esq.
Jesse Strauss, Esq.
    Labaton Sucharow LLP
        140 Broadway
            New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ.*
*11483, 07 Civ. 11484, 08 Civ. 0418*
William H. Narwold, Esq.
Michael E. Elsner, Esq.
    Motley Rice LLC
        One Corporate Center
            20 Church Street, 17th Floor
                Hartford, CT 06103

Of Counsel:
Joseph F. Rice, Esq.
Ann K. Ritter, Esq.
    Motley Rice LLC
        28 Bridgeside Blvd.
            Mount Pleasant, SC 29465

Nathan D. Finch, Esq.
Leslie M. Kelleher, Esq.
    Caplin & Drysdale, Chartered
        One Thomas Circle, N.W.
            Washington, D.C. 20005

*Attorneys for Individual Plaintiffs in Nos. 02 Civ. 5571, 07 Civ. 8830, 07 Civ. 10578, 07 Civ.*
*10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
John J. Gross, Esq.
    Barroway Topaz Kessler Meltzer & Check, LLP
        280 King of Prussia Road
            Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ.  9229, 07 Civ. 11092, 08 Civ.*
*1973, 08 Civ. 1974, 08 Civ. 1975*

Arthur N. Abbey, Esq.
Stephen T. Rodd, Esq.
Richard B. Margolies, Esq.
 Abbey Spanier Rodd & Abrams, LLP
  212 East 39th Street
   New York, NY 10016

*Co-lead Counsel for Class Action Plaintiffs in No. 02 Civ. 5571*


Brian C. Kerr, Esq.
 Brown Woods George LLP
  49 West 37th Street
   New York, NY 10018

*Attorney for Class Action Plaintiff and Class Representative Miami Beach in No. 02 Civ. 5571*

Vincent R. Cappucci, Esq.
 Entwistle & Cappucci LLP
  280 Park Avenue
   26th Floor West
    New York, NY 10017

*Attorneys for Plaintiff GAMCO Investors, Inc. in No. 03 Civ. 5911*